| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) SMITH, D. Brooks | 2. Court or Organization 3rd Circuit | 3. Date of Report 5/3/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Judge Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address US Court of Appeals, Ste 203 179B Old Route 220 N Duncansville, PA 16635 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Saint Francis University, Loretto, PA |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 10 12 36 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Reliance Bank - Vice President, Commercial Lending - Salary | |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Notre Dame Law School | 2/11-2/13/04 South Bend, Indiana - moot court competition [travel, hotel & food] |
| 2. | Temple Law School-Federalist Society | 4/20/04 Philadelphia, PA - speech [hotel & food] |
| 3. | Univ. Pittsburgh Law School-Dept of State | 5/15-5/23/04 Kyiv, Ukraine-seminar & presentation [travel, hotel & food] |
| 4. | Univ. Pittsburgh Law School-Dept of State & Dept of Justice (OPDAT) | 10/1-10/9/04 Pristina/Kosovo - Skopje/Macedonia-seminar & presentation [travel, hotel & food] |
| 5. | Univ. Pittsburgh Law School-Dept of State | 10-27-10/28/04 Pittsburgh, PA-instruction & presentation w/ Kosovo visitors [travel, hotel & food] |
| 6. | Duquesne School of Law | 11/11-11/12/04 Federalism in the Americas presentation [travel, hotel & food] |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
| --- | --- |
| 7. USAID-East West Management | 12/5-12/13/04 Tirana, Albania-seminar & presentations [travel, hotel & food] |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, D. Brooks | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. American Century Growth Fd | A | Dividend | | | Sell | 8/16 | J | A | |
| 2. Euro Pac Growth Fd 1 | A | Dividend | J | T | | | | | |
| 3. FNB Corp.(common) (1) | A | D v den | J | T | | | | | |
| 4. FNB Corp.(common) | A | Dividend | J | T | | | | | |
| 5. First Nat'l Bk shares FL(common) 1,2 | A | Dividend | J | T | Buy | 1/1 | J | | |
| 6. First Nat'l BK shares FL (common) 2 | A | Dividend | J | T | Buy | 1/1 | J | | |
| 7. Fidelity Mid Cap Fd 1 | A | Dividend | J | T | | | | | |
| 8. Fidelity Equity Growth 1 | A | Dividend | J | T | | | | | |
| 9. Franklin Small Cap 1 | A | Dividend | J | T | | | | | |
| 10. Investment Co. of America 1 | A | Dividend | J | T | | | | | |
| 11. Master's Select Equity Fd 1 | A | Dividend | J | T | | | | | |
| 12. M&T Bank (common) | C | Dividend | M | T | | | | | |
| 13. M&T Bank 401(K) | C | Dividend | M | T | | | | | |
| 14. MTB Prime Money Mkt3 | A | Interest | J | T | | | | | |
| 15. MTB Managed Aggressive Growth3 | A | Int/div | K | T | | | | | |
| 16. Raymond James IRA4 | B | Int/div | K | T | | | | | |
| 17. Reliance Bank-Account | A | Interest | J | T | | | | | |
| 18. Reliance Bank-Account | A | Interest | J | T | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$6,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SMITH, D. Brooks | 5/9/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Reliance Bank 401(K) | A | Interest | K | T | Began partic | 1/1 | | | |
| 20. Northwestern Mutual Life Ins. (Universal Life policies)5 | B | Dividend | M | T | | | | | |
| 21. | | | | | | | | | |
| 22. | | | | | | | | | |
| 23. | | | | | | | | | |

| 1. Income/Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report)

1 Held in ████ self-directed IRA with Ferris, Baker, Watts
2 Corporate spin-off from FNB Corp.
3 Held in self-directed IRA with M&T Investments
4 Custodian - SEI Trust Co. - Total assets now held in Heritage Cash Trust
5 Omitted by oversight in previous years' reports

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SMITH, D. Brooks | 5/9/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                      Date _May 9, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544